Sergio J. Siderman, Esq., SBN. 190889
Law Offices of Sergio J. Siderman
700 South Flower Street
Suite 2710
Los Angeles, CA 90017
Tel (213) 622-8352
Fax (213) 927-3630
ssiderman@labklaw.net

Attorneys for Plaintiffs
PATRICK MASSETT and
MARYBETH MASSETT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFONRIA
LOS ANGELES DIVISION

| | |
|---|---|
| PATRICK MASSETT and MARYBETH MASSETT,<br><br>          Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>          Defendant. | CASE NO. CV13-04736-CAS (SSx)<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

PLAINTIFFS' APPLICATION FOR EX *PARTE* TEMPORARY RESTRAINING ORDER

1    PLAINTIFFS, PATRICK MASSETT and MARYBETH MASSETT by and through
2    their attorney, SERGIO SIDERMAN, hereby moves this Court ex *parte* for a temporary
3    restraining order preventing sale of their home at auction, currently scheduled anytime on or
4    after Monday July 1, 2012.  Plaintiffs further move this court ex *parte* for a temporary restraining
5    order preventing or ordering the suspension of transfer of Plaintiff's loan to Nationstar Mortgage,
6    LLC.

7    Pursuant to Local Rule 7-19, this Application is accompanied by memorandum
8    containing any contact information for the opposing party, reasons seeking an ex parte order,
9    and points and authorities in support thereof.

11   Plaintiffs respectfully request that this Court grant the temporary restraining order
12   preventing any foreclosure sale on the home at 29943 Harvester Rd. Malibu, CA. 90265, County
13   of Los Angeles, State of California, APN 4469-010-003, within this judicial district.  Plaintiffs
14   further request that no bond issue as Defendant will suffer no harm if the foreclosure is
15   postponed, and the transfer of the loan is suspension, given that the Defendant was actively
16   engaged in negotiations with the Plaintiff towards a loan modification.

20   Respectfully Submitted,

21                                                   Dated this 2nd day of July, 2013

23                                                   Sergio J. Siderman, SBN 190889
                                                     Attorneys for Plaintiffs Patrick Massett and
24                                                   Marybeth Massett

25   PLAINTIFFS' APPLICATION FOR EX *PARTE* TEMPORARY RESTRAINING ORDER