1 | Sergio J. Siderman, Esq., SBN. 190889
2 | Law Offices of Sergio J. Siderman
   | 700 South Flower Street Suite 2710
3 | Los Angeles, CA 90017
   | Tel (213) 622-8352
4 | Fax (213) 927-3630
5 | ssiderman@labklaw.net

6

7 | Attorneys for Plaintiffs
   | PATRICK MASSETT and
8 | MARYBETH MASSETT

9

10 | **UNITED STATES DISTRICT COURT**
   | **CENTRAL DISTRICT OF CALIFORNIA**
11 | **LOS ANGELES DIVISION**

12

13

14 | PATRICK MASSETT and MARYBETH
   | MASSETT,

15

16 | Plaintiffs,

17 | v.

18

19 | BANK OF AMERICA, N.A.,

20

21 | Defendant.

22

**CASE NO. CV13-04736-CAS (SSX)**

**PLAINTIFFS' PROPOSED ORDER TO SHOW CAUSE WHY TEMPORARY RESTRAINING ORDER SHOULD NOT ISSUE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF PLAINTIFFS; DECLARATIONS OF ATTORNEY IN SUPPORT THEREOF**

23

24

25

26

27

28

PLAINTIFFS' ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND
MEMORANDUM OF POINTS AND AUTHORITIES

# I.   **INTRODUCTION**

The Plaintiffs bring this action to stop Defendant, Bank of America, ("Bank of America") from selling at Plaintiffs' residential real property located at 29943 Harvester Rd. Malibu, CA. 90265, County of Los Angeles, State of California, APN 4469-010-003 (hereinafter referred to as "Harvester Rd."); until Plaintiffs loan modification has been fully processed.

Further, Plaintiffs bring this action to compel Defendant to halt, cancel, suspend, or reverse, (if applicable), transfer of ownership of Plaintiffs' home loan, inclusive of all servicing rights and duties, until such time as the National Mortgage Loan Settlement concluding <u>U.S. et. al. v. Bank of America et. al.,</u>(2012) (Case No. 1:12-cv-00361-RMC), (herein referred to as the "National Mortgage Loan Settlement," or "NMLS") is made applicable to Nationstar Mortgage, LLC ("Nationstar"), or Plaintiffs rights and remedies for toxic mortgage loan relief under Nationstar are identical to such rights and relief included with Defendant as a result of Defendant's inclusion in the National Mortgage Loan Settlement).

Plaintiffs are currently the victim of "dual tracking," a practice in which a lender engages in loan modification negotiations while at the same time moving towards a non-judicial foreclosure sale.  **That sale is schedule for any date on or after June 1, 2013.**

Plaintiffs also face the imminent prospect of being denied remedies guaranteed to them through Bank of America's inclusion in the NMLS negotiated by the Defendant, and

Attorneys General of the State of California and the United States of America, among others.

**The transfer of the loan is to take place today, July 1, 2013.**

Therefore immediate judicial intervention is required in order to preserve the status qo

pending Plaintiffs' case being decided on the merits.

## II.   **LEGAL STARNDARD**

The standard for issuing a TRO is similar to the standard for issuing a preliminary injunction which requires plaintiffs to show "either a likelihood of success on the merits and the possibility of irreparable injury, or that serious questions going to the merits were raised and the balance of hardships tips sharply in its favor.  Thus the greater the relative hardship to the moving party, the less probability of success must be shown." Id. (quoting National Ctr. for Immigrants Rights v. INS, 743 F.2d 1365, 1369 (9th Cir. 1984); Immigrant Assistance Project of the L.A. County Fed'n of Labor v. INS, 306 F.3d 842, 873  (9th Cir. Wash. 2002).   "'[t]hese two formulations represent two points on a sliding scale in which the required degree of irreparable harm increases as the probability of success decreases.' " The district court also recognized that under both formulations of the test, the party seeking injunctive relief must demonstrate a "fair chance of success on the merits" and a "significant threat of  irreparable injury." Dep't of Parks & Rec. v. Bazaar Del Mundo, Inc., 448 F.3d 1118, 1123(9th Cir. Cal. 2006).  Finally, the 9th Circuit has also held that the underlying purpose of a TRO is to preserve the status quo and prevent irreparable harm before a preliminary injunction hearing may be held. Granny Goose Foods v. Bhd. of Teamsters & Auto Truck Drivers, 415 U.S. 423 at 439, (1974); *see also* Reno Air Racing Ass'n v. McCord, 452 F.3d 1126, 1130-31 (9th Cir.2006).

### III.   **ARGUMENT**

*A. The Court May Issue a TRO Without Notice Because Specific Facts in the Verified Complaint and Declarations Attached to this Filing Clearly Show that Immediate and Irreparable Injury Will Result*

A Federal Court may order a temporary restraining order (TRO) without written or oral notice to the adverse party or its attorney only if specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.  U.S.C. Fed. Rules Civ. Proc. ("F.R.C.P."), R 65(b)(1).

In the case at bar, the Plaintiffs' verified complaint and concurrently filed **Declaration of Patrick and Marybeth Massett** clearly show that the loss of and dispossession of their house at any time to be an immediate and irreparable loss.  The Defendant, Bank of America, will suffer no harm relative to its position as a multi-billion dollar banking institution if their foreclosure sale is suspended while Plaintiffs' loan modification is completed, or this Court hears this matter on the merits.

Additionally, Plaintiffs' attorney has documented his attempts to contact Defendant or its attorneys, including hand delivering this filing to the manager of the Bank of America Branch, and former headquarters of the bank, approximately one mile from this Courthouse, emailing this filing to Plaintiffs' case manager, and emailing this filing to Bank of America's counsel in a similar case filed this year in the Eastern District of California. *Please see,* **Declaration of Sergio Siderman of Efforts Made to Notice Defendant.**

**B. The Homeowner's Bill of Rights Prohibits Defendant's Conduct With Regard to the Foreclosure Sale of Plaintiffs Home**

The California Legislature intended that "the mortgage services offer the borrower a loan modification or workout plan if such a plan is consistent with its authority." California Civil Code § 2923.6(b). The legislature goes on to provide the following consumer safeguards:

> "If a borrower submits a complete application for a first lien loan modification offered by, or through, the borrower's mortgage servicer, a mortgage servicer, mortgagee, trustee, beneficiary, or authorized agent shall not record a notice of default or notice of sale, or conduct a trustee's sale, while the complete first lien loan modification application is pending. A mortgage servicer, mortgagee, trustee, beneficiary, or authorized agent shall not record a notice of default or notice of sale or conduct a trustee's sale until any of the following occurs: (1) The mortgage servicer makes a written determination that the borrower is not eligible for a first lien loan modification, and any appeal period pursuant to subdivision (d) has expired." California Civil Code § 2923.6(c)(1).

The legislature 's appeal period is thirty days after a denial and no sale may commence until thirty-one days after the application for loan modification is rejected. As stated in the verified complaint, as well as the **Declaration of Patrick and Marybeth Massett**, Mr. and Mrs. Massett have been residing in their home since 2007 with their three children. Further Mr. and Mrs. Massett both have severe medical problems, for which they have both received medical attention. Moreover, the strain of an unraveling marriage caused by the imminent sale of their home is an increasingly devastating factor in the lives of their children.

During the last year, Defendant and Mr. and Mrs. Massett have been actively involved in loan modifications. At the current time they are being evaluated for various in-house loan

PLAINTIFFS' ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND
MEMORANDUM OF POINTS AND AUTHORITIES

modification programs offered by Bank of America. **Exhibit** 1. Defendant has first delayed

Plaintiffs' modification by continuously requesting documents, and then randomly denying their

modifications, only to demand new documents and re-start another modification review under

some other name. Plaintiffs' have demanded an explanation from Defendant, but have only

received form letters which explain nothing helpful to the Plaintiffs.

Concurrent to Defendant's modification game playing, Defendant dual tracks the

borrower, filing multiple notices of sale against the Plaintiffs, the latest one coming on June 4th,

2013. **Exhibit 2.** Plaintiffs argue the balance of equities favor the Defendant because while

Plaintiffs struggle to keep their home and wait for handouts and crumbs from Defendant,

Defendant's losses during the Great Recession of 2008 were mitigated by government

intervention.

### C.  Bank of America's Transfer of Loans to Morningstar Nullifies the National

### Mortgage Loan Settlement Creating Immediate and Irreversible Harm to Plaintiffs

In U.S. et. al. v. Bank of America et. al.,(2012) (Case No. 1:12-cv-00361-RMC),  a

United States District Court for the District of Columbia judge approved and signed a consent

order between the United States and the State of California and Bank of America, compelling

Bank of America to provide their borrowers with specific options for modification, a transparent

process, and a single point of contact for borrowers. Further, the agreement is custom tailored to

Bank of America's borrowers and the Defendant's particular system of doing business. The

Attorneys General of the United States and California have not had a chance to evaluate

Nationstar's loan servicing practices.

By allowing Plaintiffs' loan to be transferred, would create irreversible damage by

requiring their loan process to be restarted or denied, either of which would allow a sale of

Plaintiffs' home under the California Homeowner's Bill of Rights. In this case, Defendant

enjoyed a government bailout of approximately $45 billion dollars when the Great recession threatened to put it out of business, (though Defendant's own greed and self-dealing). Now that Plaintiffs have received some small measure of government initiated relief in the National Mortgage Settlement Agreement, Defendant wants to bar the door to Mr. and Mrs. Massett by ensuring that any protections afforded them under this negotiated settlement will be null and void once their loan is transferred to Nationstar Mortgage. **Exhibit 3**.

## IV.   CONCLUSION

Mr. and Mrs. Massett have shown irreparable harm and a likelihood of prevailing on the merits, given what appears to be a clear violation of California law, and a lack of good faith in complying with the federal consent judgment. Further they have made exhaustive efforts to inform the defendant of this hearing.  For this reason it is respectfully submitted that they have met their burden and satisfied the requirements for a Temporary Restraining Order as set forth in the applicable case law and this court's own local rules.

Respectfully Submitted,

Dated this 1st day of July, 2013

Sergio J. Siderman, SBN 190889

# EXHIBIT 1



This page is part of your document - **DO NOT DISCARD**



## 20130828120



**Pages:**
**0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**06/04/13 AT 08:00AM**

| | |
|---|---|
| FEES: | 21.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 21.00 |



**L E A D S H E E T**



201306040180008

00007811206



004909739

**SEQ:**
**17**

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

t46

Notice of Sale -06/04/13

LANDSAFETITLE

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

WHEN RECORDED MAIL TO:
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

TS No: 12-0064188
Title Order No. 12-0113809

APN No. 4469-010-003

## NOTICE OF TRUSTEE'S SALE

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS
DOCUMENT ATTACHED, IF REQUIRED BY THE PROVISIONS OF SECTION
2923.3 OF THE CALIFORNIA CIVIL CODE.
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE
DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO
NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN
TRONG TÀI LIỆU NÀY
注:本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 06/13/2007. UNLESS YOU
TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.
IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST
YOU, YOU SHOULD CONTACT A LAWYER.**

Notice is hereby given that RECONTRUST COMPANY, N.A., as duly appointed trustee pursuant to the Deed of Trust executed by MARYBETH MASSETT, AND PATRICK J MASSETT, WIFE AND HUSBAND AS COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP, dated 06/13/2007 and recorded 06/29/2007, as Instrument No. 20071562332, in Book N/A, Page N/A of Official Records in the office of the County Recorder of LOS ANGELES County, State of California, will sell on 06/27/2013 at 09:00 AM, Doubletree Hotel Los Angeles-Norwalk, 13111 Sycamore Drive, Norwalk, CA 90650, Vineyard Ballroom at public auction, to the highest bidder for cash or check as described below, payable in full at time of sale, all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and as more fully described in the above referenced Deed of Trust. The street address and other common designation, if any, of the real property described above is purported to be: 29943 HARVESTER ROAD, MALIBU, CA 90265. The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

The total amount of the unpaid balance with interest thereon of the obligation secured by the property to be sold plus reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $2,337,448.77. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

In addition to cash, the Trustee will accept cashier's checks drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state.

Said sale will be made, in an "AS IS" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided, and the unpaid principal of the Note secured by said Deed of Trust with interest thereon as provided in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

*Form nos_2013.3.0_03/2013*

TS No. 12-0064188
APN No. 4469-010-003

## NOTICE TO POTENTIAL BIDDERS

If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on a property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the lender may hold more than one mortgage or deed of trust on the property.

## NOTICE TO PROPERTY OWNER

The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 1-800-281-8219 or visit this Internet Web site www.recontrustco.com, using the file number assigned to this case 12-0064188. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
Phone/Sale Information: (800) 281-8219

**MAY 3 1 2013**

By: _____
Lorena E Rivera, Asst Vice President
RECONTRUST COMPANY, N.A. is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

*Form nos_2013.3.0_03/2013*

# EXHIBIT 2



ORIGIN ID:SGRA    18006696650
HOME LOAN TEAM
BACREGDEN
9700 BISSONNET STREET
SUITE 1500
HOUSTON, TX 77036
UNITED STATES US

SHIP DATE: 08JUN13
ACTWGT: .1 LB
CAU: 5757749/WSXI2250

BILL THIRD PARTY

TO MARYBETH MASSETT

29943 HARVESTER RD.

MALIBU CA 90265
(310) 457-0647
INV:                    REF: ORDERID: 10092966
PO:                     DEPT:





FedEx.
Express



TRK#
0201   7999 5429 5163

MON - 10 JUN 3:00P
STANDARD OVERNIGHT

XH CIBA

90265
CA-US LAX



IF UNDELIVERABLE: STAT 34 - DO NOT RTS
BACLMWDEN_06072013

Bank of America
Home Loans





Bank of America, N.A.
5401 N. Beach Street
TX2-977-01-34
Fort Worth, TX 76137

June 08, 2013

Marybeth Massett
Patrick J Massett
29943 Harvester Rd
Malibu, CA 90265-3730

**Loan Number: 168755414**

Dear Marybeth Massett and Patrick J Massett:

We have reviewed your request for a loan modification under the Home Affordable Modification Program. While we realize this decision comes at a difficult time in your life, we regret to inform you that your loan is not eligible for a Home Affordable Modification for the reason stated below.

We are currently reviewing your financial information to determine if there are other options available to you. These options may include:

- A different modification program that may help you achieve more affordable payments.
- A forbearance program, which would offer you lower payments or no payments for a limited amount of time to either give you time to resolve your financial difficulties or give us time to work together with you on a more permanent solution.
- A short sale in which you agree to sell your home at fair market value and settle your mortgage debt for less than the amount you owe. If a buyer is identified and the property is sold, the proceeds from the sale are applied toward the mortgage debt, even if the proceeds are less than the amount owed on the mortgage. You may be responsible for any balance remaining after the sale.
- A deed in lieu of foreclosure in which you agree to transfer the title or ownership of your property to the owner or servicer of your loan in order to avoid foreclosure sale and satisfy all or a portion of the mortgage debt. The amount of debt satisfied by this transfer of ownership is based on the approved value of your home. In some cases, you may be responsible for a remaining balance of the mortgage debt over and above the approved value.

Please call 1.800.669.6650 if you have questions about these options.

**Reason your loan was not eligible for the Home Affordable Modification Program**

Under the guidelines of the Home Affordable Modification Program:

You are not eligible for a Home Affordable Modification because the current unpaid principal balance on your loan is higher than the program limit: ($729,750 for a one unit property, $934,200 for a two unit property, $1,129,250 for a three unit property and $1,403,400 for a four unit property.)

According to the guidelines of the Home Affordable Program, you have 30 days to appeal the decision that your loan is not eligible for the program. Please contact us at 1.800.854.6885 by July 08, 2013, if you think that the information used to determine your eligibility is incorrect.

C3_769-5C

**Important Information about foreclosure**

If a foreclosure sale of your home is currently pending and on hold, that hold will continue and remain in effect while you are considered for other foreclosure avoidance programs. When we have completed our evaluation, we will contact you to let you know what other programs are available to you and the next steps you need to take. If you would like more information about these programs, please call 1.800.669.6650.

**Important—Do not ignore any foreclosure notices.**

You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home before we complete our evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process, contact us at 1.800.669.6650. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**We're here to help you**

**Please call 1.800.669.6650 if you have questions about these options.**

You may also contact us by email at mha_decline_review@bankofamerica.com. We strongly discourage you from sending personal information via email unless it is sent through a secure, encrypted method. Unencrypted emails are at risk of being intercepted or seen by unauthorized parties. In order to learn more about how to send your information to us securely, please contact your Customer Relationship Manager at 1.800.669.6650, who can assist you with this process. Please note that Bank of America will at no time solicit you to send us confidential information via email.

You can also seek assistance at no charge from U.S. Department of Housing and Urban Development-approved housing counselors by calling the HOPE Hotline Number (1.888.995.HOPE). Assistance in understanding this notice is available through the HOPE Hotline by asking for MHA HELP.

Larry Lippert
Home Loan Team
Bank of America, N.A.

 Bank of America Home Loans

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options.

**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1.877.430.5434. If you are calling from outside the U.S. please contact us at 1.817.685.6491.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to let you know about your potential eligibility for programs that may help you avoid a foreclosure sale of your property.

Mortgages funded and administered by an ⌂ Equal Housing Lender.
♻ Protect your personal information before recycling this document.

**Required disclosures**

Bank of America, N.A. is required by law to inform you that we are unable to fulfill your request for a loan modification and the Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552.

C3_769-5C

# EXHIBIT 3

C3_1678_PSGSRL01 16064 04/19/2013


**Bank of America**

**Home Loans**

P.O. Box 5170
SIMI VALLEY, CA 93062-5170

Send Correspondence to:
P.O. Box 5170
Simi Valley, CA 93062-5170

Business Address:
450 American Street
Simi Valley, CA 93065-6285


**IMPORTANT INFORMATION ENCLOSED**

ˈˈˈᵘˈˈˈᵘˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈˈ

AT1          4-772-83240-0009437-004-1-000-000-000-000

MARYBETH & PATRICK J MASSETT
29943 HARVESTER RD
MALIBU, CA 90265

**Notice Date:** June 10, 2013

**Loan No.:** 168755414

**Property Address:**
29943 Harvester Road
Malibu, CA 90265

---

Dear MARYBETH & PATRICK J MASSETT,

**The servicing of your home loan will transfer to Nationstar Mortgage LLC on July 01, 2013.**

### IMPORTANT MESSAGE ABOUT YOUR HOME LOAN

On July 01, 2013, the servicing of your above referenced mortgage loan will transfer to Nationstar Mortgage LLC. As of that date your new servicer, Nationstar Mortgage LLC will support all your loan servicing, including billing, payment processing, and customer support. Enclosed is a Notice of Assignment, Sale, or Transfer of Servicing rights from Bank of America regarding the above referenced loan. **Please review all pages of the notice.**

In the mortgage lending industry, the transfer or sale of loan servicing to other servicing institutions is a common practice and we'll work closely with Nationstar Mortgage LLC to make the transition as smooth as possible. If you have any questions or concerns regarding this transfer, our associates are available to answer your questions Monday-Friday 7a.m. - 7pm. Local Time at 1-800-669-6607.

### WHAT YOU NEED TO KNOW

**If you are currently being considered for a loan modification or other foreclosure avoidance program,** your new servicer Nationstar Mortgage LLC is aware of your current status and will have all of your documents. Please contact Nationstar Mortgage LLC to complete the process and determine which programs may best suit your current situation. For more information on working with Nationstar Mortgage LLC, please review the frequently asked questions below.

**The enclosed notice outlines the important dates and contact information you'll need for the transition** to Nationstar Mortgage LLC. Please note this servicing transfer only applies to the above referenced loan.

### ANSWERS TO QUESTIONS YOU MAY HAVE

**What will change with my servicing transfer?**
- Your loan number and payment address information will change once your loan has been transferred. Please look for a letter from Nationstar Mortgage LLC within the next few weeks which will outline this important information.
- The transfer of your loan to Nationstar Mortgage LLC does not affect any terms or conditions of your mortgage loan, other than those terms directly related to the servicing of the loan.
- Your monthly payment will not be affected by this transfer.

**Will the quality of my loan service change?**
- We expect that the quality of your loan service will not change. We are transferring servicing on your loan to Nationstar Mortgage LLC, an experienced mortgage servicer who will work with you on your mortgage concerns.

**Where should I make my home loan payments?**
- You should continue to make your monthly payment to Bank of America through June 30, 2013. You will begin making payments to Nationstar Mortgage LLC on July 01, 2013.
- If you do not receive a billing statement from Nationstar Mortgage LLC before the payment is due, write your new loan number on your check and mail it to the payment address shown on the enclosed notice. Please note, if you do not have the new loan number, you may write your old Bank of America loan number on the check.

**What if I have automatic payments set up with Bank of America?**
- Any automatic payments set up with us through the PayPlan programs will be discontinued as of June 30, 2013. Please look for instructions from Nationstar Mortgage LLC or contact them on or after July 01, 2013 to determine what payment options they may offer.

AT1   4-772-83240-0009437-004-1-000-000-000-000

MARYBETH & PATRICK J MASSETT
29943 HARVESTER RD
MALIBU, CA  90265

**Property Address:**
29943 Harvester Road
Malibu, CA  90265

Dear MARYBETH & PATRICK J MASSETT,

**The servicing of your home loan will transfer to Nationstar Mortgage LLC on July 01, 2013.**

### IMPORTANT MESSAGE ABOUT YOUR HOME LOAN

On July 01, 2013, the servicing of your above referenced mortgage loan will transfer to Nationstar Mortgage LLC. As of that date your new servicer, Nationstar Mortgage LLC will support all your loan servicing, including billing, payment processing, and customer support. Enclosed is a Notice of Assignment, Sale, or Transfer of Servicing rights from **Bank of America** regarding the above referenced loan. **Please review all pages of the notice.**

In the mortgage lending industry, the transfer or sale of loan servicing to other servicing institutions is a common practice and we'll work closely with Nationstar Mortgage LLC to make the transition as smooth as possible. If you have any questions or concerns regarding this transfer, our associates are available to answer your questions Monday-Friday 7a.m. – 7p.m. Local Time at 1-800-669-6607.

### WHAT YOU NEED TO KNOW

**If you are currently being considered for a loan modification or other foreclosure avoidance program,** your new servicer Nationstar Mortgage LLC is aware of your current status and will have all of your documents. Please contact Nationstar Mortgage LLC to complete the process and determine which programs may best suit your current situation. For more information on working with Nationstar Mortgage LLC, please review the frequently asked questions below.

**The enclosed notice outlines the important dates and contact information you'll need for the transition** to Nationstar Mortgage LLC. Please note this servicing transfer only applies to the above referenced loan.

### ANSWERS TO QUESTIONS YOU MAY HAVE

**What will change with my servicing transfer?**

- Your loan number and payment address information will change once your loan has been transferred. Please look for a letter from Nationstar Mortgage LLC within the next few weeks which will outline this important information.
- The transfer of your loan to Nationstar Mortgage LLC does not affect any terms or conditions of your mortgage loan, other than those terms directly related to the servicing of the loan.
- Your monthly payment will not be affected by this transfer.

**Will the quality of my loan service change?**

- We expect that the quality of your loan service will not change. We are transferring servicing on your loan to Nationstar Mortgage LLC, an experienced mortgage servicer who will work with you on your mortgage concerns.

**Where should I make my home loan payments?**

- You should continue to make your monthly payment to Bank of America through June 30, 2013. You will begin making payments to Nationstar Mortgage LLC on July 01, 2013.
- If you do not receive a billing statement from Nationstar Mortgage LLC before the payment is due, write your new loan number on your check and mail it to the payment address shown on the enclosed notice. Please note, if you do not have the new loan number, you may write your old Bank of America loan number on the check.

**What if I have automatic payments set up with Bank of America?**

- Any automatic payments set up with us through the PayPlan programs will be discontinued as of June 30, 2013. Please look for instructions from Nationstar Mortgage LLC or contact them on or after July 01, 2013 to determine what payment options they may offer.

**Will I still be able to make my mortgage payment at a Bank of America banking center or through online banking?**

- You will no longer be able to make your payment at a Bank of America banking center for the mortgage loan being transferred.
- If you make payments through Bank of America Online Banking or any other online banking or bill payment service, you will need to update your loan number and payee information for Nationstar Mortgage LLC on or after July 01, 2013.

**When my loan is transferred, will I still have access to my online loan information through Bank of America?**

- After the transfer is complete, your mortgage account will be moved to Nationstar Mortgage LLC. As a result, you will no longer access your mortgage information through Bank of America. Prior to the transfer, you may choose to download any information currently online to keep for your own records, such as tax documents, mortgage statements, payment history, etc. Nationstar Mortgage LLC will be able to provide you with information about access to your loan account information following the transfer. If you have any other accounts with Bank of America, such as checking, savings or credit card, you will still be able to access those accounts through Bank of America's online banking.

- If your remaining Bank of America account(s) no longer suits your needs, please contact us to explore other options that better benefit you.

**What if I am currently participating in a loan modification or other foreclosure avoidance program (e.g., forbearance, short sale, refinance or deed in lieu of foreclosure)?**

- The loan assistance programs that are offered by Nationstar Mortgage LLC are determined by the owner (also known as the investor) or insurer of your loan. Where applicable, Nationstar Mortgage LLC has agreed to evaluate your loan under the same investor or insurer guidelines as Bank of America, N.A.
- We will transfer any supporting documentation you may have submitted to us to Nationstar Mortgage LLC. We encourage you to work with Nationstar Mortgage LLC to complete the process and determine which programs may best suit your current situation.
- You should continue to make your payments to Bank of America, N.A. through June 30, 2013. On or after July 01, 2013, your payments should be made to Nationstar Mortgage LLC unless you are provided additional direction.
- If your loan was awaiting a decision regarding qualification for these programs, that decision will now be made by Nationstar Mortgage LLC.

**What if I need loan assistance after the transfer?**

- If you experience a hardship and struggle with making your home loan payments after the servicing of your loan has been transferred, please contact Nationstar Mortgage LLC right away to request help. They will determine which program may be right for you based on the applicable investor and insurer guidelines.

**What if I am refinancing my mortgage loan that is being transferred?**

- Your refinance will not be affected by the upcoming loan transfer. If you are working on a refinance through Bank of America Home Loans, your application remains active and we will continue to work with you on your refinance. Please contact the Mortgage Loan Officer or Loan Processor you have been working with if you have any questions.

**What about my optional insurance products with or through Bank of America?**

- If your payments include amounts for any optional insurance products such as credit insurance, accidental death insurance, etc., please read the "Information About Optional Insurance Products" section in the enclosed notice carefully.

**What about my other optional products with or through Bank of America?**

- If your payments include amounts for any other optional products such as home warranty, identity theft protection, etc., we will no longer make payments to the optional product provider on your behalf. As a result, your optional product may be cancelled unless you make alternative arrangements to pay the amounts due. To see if it is possible to maintain your optional products, you will need to contact your optional product provider to find out if other billing options can be arranged. Please note, if you have an optional Borrowers Protection or Line Protection Plan®, this will cancel when the servicing of your loan is transferred and you will receive a separate communication from us confirming the cancellation of your Plan. If you have any questions about an existing Protection Plan® benefit, please contact Protection Plan Services. Your provider contact information may be found on your monthly mortgage statement. If you have more than 2 optional products, they may not all be listed on your monthly mortgage statement. If you are unsure about how many optional products you have or you have questions about your products, please contact Bank of America.

**LEGAL NOTICE**

We've enclosed the Real Estate Settlement Procedures Act (RESPA) Servicing Transfer Notice. No action is required on your part in response to the notice, but we recommend you retain the notice for your records. We encourage you to review this important information to determine if there are actions you need to take before or after the servicing is complete. Your new servicer will be sending additional information soon regarding any necessary actions.

**WE'RE HERE TO HELP**

Thank you for the opportunity to serve your home loan needs. If you have any questions or need assistance prior to your loan transfer, please call us toll free at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time.

Beginning July 01, 2013, Nationstar Mortgage LLC can assist you with any questions related to your home loan and the transfer of servicing. Nationstar Mortgage LLC's customer service number is 1-877-372-0512 ext 20, Mon - Thurs 8am - 8pm CT, Fri 8am - 6pm CT, Sat 8am- 2pm CT.

Home Loan Team
Bank of America, N.A.

Loan No.: 168755414

Notice Date: June 10, 2013

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

 You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, will be assigned, sold or transferred from **Bank of America, N.A.** to **Nationstar Mortgage LLC**, effective July 01, 2013.

The assignment, sale or transfer of the servicing of your mortgage loan does not affect any terms or conditions of the mortgage instruments, other than those terms directly related to the servicing of your loan. Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 calendar days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 calendar days after this effective date or at closing.

### YOUR *SERVICER PRIOR TO JULY 01, 2013:*

Your *present servicer* is **Bank of America, N.A.** If you have any questions relating to the transfer of servicing from your present servicer, please call **Bank of America, N.A.** Customer Service at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time. This is a toll-free number.

### YOUR NEW SERVICER ON AND AFTER JULY 01, 2013:

Your *new servicer* will be **Nationstar Mortgage LLC.** The business address for **Nationstar Mortgage LLC** is: 350 Highland Drive Lewisville TX 75067.

Toll-free Number
The toll-free telephone number of **Nationstar Mortgage LLC** is 1-877-372-0512 ext 20. If you have any questions relating to the transfer of servicing to your new servicer, please call **Nationstar Mortgage LLC** Customer Service toll-free at 1-877-372-0512 ext 20, Mon - Thurs 8am - 8pm CT, Fri 8am - 6pm CT, Sat 8am- 2pm CT.

Address for Correspondence (other than payments)
The address to send written correspondence to **Nationstar Mortgage LLC** (other than payments) is: Nationstar Mortgage LLC, 350 Highland Drive Lewisville TX 75067.

Address for Mailed Payments
The address to send payments to **Nationstar Mortgage LLC** is: Nationstar Mortgage LLC, Attn: Payment Processing, P.O. Box 650783 Dallas TX 75265-0783. Please include your loan number on all checks, cashier's checks and other payments sent to **Nationstar Mortgage LLC.**

### INFORMATION CONCERNING YOUR LOAN PAYMENTS:

The date that **Bank of America, N.A.** will stop accepting payments from you is June 30, 2013.

The date that your *new servicer* **Nationstar Mortgage LLC** will start accepting payments from you is July 01, 2013. Send all payments due on or after that date to your *new servicer.*

### INFORMATION ABOUT OPTIONAL INSURANCE PRODUCTS:

The transfer of servicing rights may affect the terms of or the continued availability of credit insurance, accidental death insurance or any other type of optional insurance in the following manner: **Bank of America, N.A.** will no longer make payments to the insurance company on your behalf. As a result, your coverage may be cancelled.

You should take the following action to maintain coverage: Unless you make alternative arrangements to pay the amounts due, coverage may be cancelled. To see if it is possible to maintain coverage, you will need to contact your insurance provider to find out if other billing options can be arranged.

### ABOUT YOUR RIGHTS UNDER RESPA

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding Bank of America's servicing of your loan, it must be sent to this address:

**Bank of America, N.A.**
**Customer Service Correspondence, CA6-919-01-41**
**P.O. Box 5170**
**SIMI VALLEY, CA  93062-5170**

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business-Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

# DECLARATION OF PATRICK MASSETT AND MARYBETH MASSETT

We, PATRICK and MARYBETH MASSETT, state and declare as follows:

1. We are the Plaintiffs in the above-entitled action. We submit this Declaration in support of Plaintiffs' ex-parte motion for temporary restraining order and other equitable relief. We have personally witnessed and/or are informed and believe the following:

2. We are owners of the property located at 29943 Harvester Rd. Malibu, CA. 90265, County of Los Angeles, State of California. We share our home with three children.

3. We received a notice of sale from Bank of America that stated our home was to be sold on or any time after July 1, 2013. That notice was dated June 4, 2013.

4. We are currently involved in loan negotiation discussions with Bank of America, and have been since April 2012. To date they have not sent us written notice that we are ineligible for all loan modifications. We received notice that we were ineligible for one type of loan modification on June 8, 2013. That notice further stated that we were still under review for other modifications.

5. We have received notice that our loan will be transferred from Bank of America to Nationstar Mortgage LLC on or about July 1, 2013. We are informed and believe that any ongoing modifications will be summarily denied, causing our home to be sold immediately, without recourse.

6. We are unable to pay for moving expenses, and have no workable alternative living situation if our home were sold as a result of the June 8 notice of sale. We have placed all of our resources, money, and time into obtaining a modification, which Bank of America led us to believe we would eventually receive. We have submitted each and every document Bank of America has requested, including re-sending the same documents and forms, more than four times to different persons, when requested.

7. We both have stomach ulcers, and I, Patrick Massett have high blood pressure related to the stress of this situation. We are both under the care of a physician. Finally our marriage has suffered greatly, and we believe that forced sale of our home will render us unable to cope with the emotional fallout and damage to our marriage, leading to dissolution.

We declare the foregoing to be true and correct under penalty of perjury and would testify the same in a court of law.

X _____
Patrick Massett

X _____
Marybeth Massett

### DECLARATION OF SERGIO SIDERMAN

I, SERGIO SIDERMAN, state and declare as follows:

1. I am the ATTORNEY in the above-entitled action. I submit this Declaration in support of Plaintiff's ex-parte motion for temporary restraining order and other equitable relief. I have personally witnessed and/or am informed and believe of the following:

2. I believe that immediate and irreparable injury will result to Plaintiffs, Marybeth Massett and Patrick Massett, if their mortgage is foreclosed and their house is sold, while they are engaged in a loan modification processes with Defendant, Bank of America.  I also believe that their modification that is ongoing will be summarily denied upon transfer of Plaintiffs' loan to Nationstar Mortgage, LLC.

3. I believe Plaintiffs best course of action is an ex *parte* temporary restraining order. Proper notice is impossible because the proper place of notice and parties or attorneys responsible for responding to the complaint and this TRO are heretofore unknown to myself and Plaintiffs.

4. I have served a copy of the complaint and documents comprising the TRO filing to Defendant at: I have also caused a copy of these documents to be hand-delivered to the bank branch manager at the former Bank of America Headquarters at 333 South Hope Street, Los Angeles, CA. 90071, approximately one-mile from this courthouse.  Finally, I have emailed a copy of these documents to Andrea M. Hicks, and Michael J. Peng, Bank of America's former counsel in a similar action to this one, which was filed in the Eastern Federal District of California in April of 2013.

Date:_7/2/2013        _____

Sergio Siderman

Declaration of Sergio Siderman - 1

# DECLARATION OF SERGIO SIDERMAN IN SUPPORT OF EXCEPTION TO THE ECF FILING REQUIREMENT

I, SERGIO SIDERMAN, state and declare as follows:

1. I am the ATTORNEY in the above-entitled action. I submit this Declaration in support of Plaintiff's ex-parte motion for temporary restraining order and other equitable relief. I have personally witnessed and/or am informed and believe of the following:

2. I have applied for, but not yet received an ECF filing password or login from the Federal District Court, Central District of California.  Please see my confirmation email attached as **EXHIBIT A**.

3. Due to the time-sensitive nature of this filing, I believe the only way to file this with the court is by hand service at the clerk's window.

Date:_7/2/2013

Sergio Siderman

# EXHIBIT A

**From:** United States District Court <ecf-helpdesk@cacd.uscourts.gov>
**Date:** June 30, 2013, 8:10:20 PM PDT
**To:** ssiderman@labklaw.net
**Subject: Your CM/ECF Account request**
**Reply-To:** ecf-helpdesk@cacd.uscourts.gov

Thank you for your recent request for a CM/ECF Account with the U.S. District Court Central District of California.  Please allow up to 2 business days for your CM/ECF Account to be processed.

If you have any questions regarding your CM/ECF Account or e-filing in general, please contact the CM/ECF Help Desk at 213-894-0242.

The CM/ECF Helpdesk,

OTHER USEFUL LINKS:
The CM/ECF Training Web Site: http://support.cacd.uscourts.gov
Contact the Court: http://www.cacd.uscourts.gov/contact-us
CM/ECF Frequently Asked Questions: http://www.cacd.uscourts.gov/e-filing

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

700 S. Flower St.
Suite 2710
Los Angeles, CA. 90017

A true and correct copy of the foregoing document entitled (*specify*):

**PLAINTIFFS' PROPOSED ORDER TO SHOW CAUSE WHY TEMPORARY RESTRAINING ORDER SHOULD NOT ISSUE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF PLAINTIFFS; DECLARATIONS OF ATTORNEY IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 16, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐                                          Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On February 1, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/2/2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2013 | Jorge Andrade |  |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

# ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT

**PERSONAL DELIVERY**

Hon. Christina A. Snyder
Room 218- J
United States District Court
Central District of California
United States Courthouse
312 North Spring Street
Los Angeles, California, 90012

Bank Manager
Bank of America – Bank of America Plaza Branch
333. South Hope Street
Los Angeles, CA. 90071

**EMAIL**

Andrea M. Hicks
Bryan Cave, LLP
333 Market Street
25th Floor
San Francisco, CA 94105
Email: hicksa@bryancave.com

Michael J. Peng
Bryan Cave LLP
560 Mission Street
25th Floor
San Francisco, CA 94105
Email: pengm@bryancave.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                F 9013-3.1.PROOF.SERVICE

Sergio J. Siderman, Esq., SBN. 190889
Law Offices of Sergio J. Siderman
700 South Flower Street Suite 2710
Los Angeles, CA 90017
Tel (213) 622-8352
Fax (213) 927-3630
ssiderman@labklaw.net

Attorneys for Plaintiffs
PATRICK MASSETT and
MARYBETH MASSETT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFONRIA
## LOS ANGELES DIVISION

|  |  |
|---|---|
| PATRICK MASSETT and MARYBETH MASSETT, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CASE NO. CV13-04736-CAS**

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

Good cause appearing, this Court does hereby order that Bank of America, N.A. is hereby restrained and enjoined from engaging in any purchase, sale, transfer, or other encroachments on the title to property located at 29943 Harvester Rd. Malibu, CA. 90265, County of Los Angeles, State of California. This order applies specifically to the trustee's sale, currently noticed by Bank of America's June 4, 2013, Notice of Sale. Said sale shall not occur.

1        Good cause also appearing, this Court does hereby order that Bank of America is hereby

2   restrained and enjoined from transferring, selling, or otherwise bestowing any authority

3   whatsoever into or upon Nationstar Mortgage LLC, to service, own, possess, or otherwise

4   become involved with Plaintiffs' home mortgage.  This order applies specifically to Bank of

5   America's July 1 transfer of the Plaintiffs' loan to Nationstar Mortgage, LLC.

6

7

8        A bond in the amount of $ _____ shall be posted with the clerk of the court as a

9   prerequisite to this order taking effect.

10

11

12        The affected parties may apply for modification of this order on two days notice,

13   pursuant to the Federal Rules of Civil Procedure, Rule 65.

14

15   It is so ordered.

16

17

18

19   _____

20   United States District Court

21

22

23

24

25

26

27

28

Sergio J. Siderman, Esq., SBN. 190889
Law Offices of Sergio J. Siderman
700 South Flower Street
Suite 2710
Los Angeles, CA 90017
Tel (213) 622-8352
Fax (213) 927-3630
ssiderman@labklaw.net

Attorneys for Plaintiffs
PATRICK MASSETT and
MARYBETH MASSETT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFONRIA
## LOS ANGELES DIVISION

| | |
|---|---|
| PATRICK MASSETT  and MARYBETH MASSETT, | CASE NO. |
| Plaintiffs, | |
| v. | |
| | PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

PLAINTIFFS' APPLICATION FOR EX *PARTE* TEMPORARY RESTRAINING ORDER

1   PLAINTIFFS, PATRICK MASSETT and MARYBETH MASSETT by and through

2   their attorney, SERGIO SIDERMAN, hereby moves this Court ex *parte* for a temporary

3   restraining order preventing sale of their home at auction, currently scheduled anytime on or

4   after Monday July 1, 2012.  Plaintiffs further move this court ex *parte* for a temporary restraining

5   order preventing or ordering the suspension of transfer of Plaintiff's loan to Nationstar Mortgage,

6   LLC.

7   Pursuant to Local Rule 7-19, this Application is accompanied by memorandum

8   containing  any contact information for the opposing party, reasons seeking an ex parte order,

9   and points and authorities in support thereof.

10

11   Plaintiffs respectfully request that this Court grant the temporary restraining order

12   preventing any foreclosure sale on the home at 29943 Harvester Rd. Malibu, CA. 90265, County

13   of Los Angeles, State of California, APN 4469-010-003, within this judicial district.  Plaintiffs

14   further request that no bond issue as Defendant will suffer no harm if the foreclosure is

15   postponed, and the transfer of the loan is suspension, given that the Defendant was actively

16   engaged in negotiations with the Plaintiff towards a loan modification.

17

18

19

20   Respectfully Submitted,

Dated this 2nd day of July, 2013

21

22

23   Sergio J.  Siderman, SBN 190889
     Attorneys for Plaintiffs Patrick Massett and
24   Marybeth Massett

25   PLAINTIFFS' APPLICATION FOR EX *PARTE* TEMPORARY RESTRAINING ORDER