UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13–CV–04736-CAS(SSx) | Date | September 4, 2013 |
|---|---|---|---|
| Title | PATRICK MASSETT ET AL V. BANK OF AMERICA N A | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) PLAINTIFFS' SECOND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (filed 09/03/13)

    The Court is in receipt of plaintiffs' Second Ex Parte Application for Temporary Restraining Order ("TRO") against defendant Nationstar Mortgage Holdings ("Nationstar"), filed September 3, 2013. The Court previously denied plaintiffs' Second Application for a Temporary Restraining Order for lack of proper service. Dkt. 28. Service of the current Application remains improper. Plaintiffs assert that they are entitled to proceed ex parte pursuant to Fed. R. Civ. P. 65. However, plaintiff has failed to make any showing that would justify ex parte relief without proper service to Nationstar. Until Nationstar has been properly served, the Court declines to grant relief.

    In accordance with the foregoing, plaintiffs' Second Ex Parte Application for Temporary Restraining Order is denied without prejudice, subject to being renewed with the appropriate showing that proper service of process has been made upon defendants. Service of the complaint and TRO must be in accordance with Fed. R. Civ. P. 4.

    IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |