UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   'O'   JS-6

| Case No. | 2:13-cv-04736-CAS(SSx) | Date | June 13, 2014 |
|---|---|---|---|
| Title | PATRICK MASSETT, ET AL. V. BANK OF AMERICA, N.A., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants | |
| Not Present | Not Present | |

**Proceedings:** (IN CHAMBERS): PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS CASE WITHOUT PREJUDICE (Dkt. 82, filed June 6, 2014)

DEFENDANT NATIONSTAR'S MOTION TO DISMISS (Dkt. 80, filed May 20, 2014)

DEFENDANT BANK OF AMERICA'S MOTION TO DISMISS (Dkt. 79, filed May 20, 2014)

## I.   INTRODUCTION

Plaintiffs Patrick Massett and Marybeth Masset filed this case in this Court on June 28, 2013 against defendant Bank of America, N.A. ("BOA"). On January 14, 2014, plaintiffs filed a second amended complaint, adding defendant Nationstar Mortgage, LLC ("Nationstar").

On June 6, 2014, plaintiffs filed a motion to voluntarily dismiss their case without prejudice. Dkt. 82. On June 12, both BOA and Nationstar filed notices of non-opposition to plaintiffs' motion to voluntarily dismiss. Dkts. 84,85. Accordingly, the Court hereby GRANTS plaintiffs' motion, and dismisses this case without prejudice. The pending motions to dismiss, dkts. 79, 89, are therefore denied as moot.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |